## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re: SBK ART LLC _____  Docket No.: 25-1563 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: James E. Tysse

Firm: Akin Gump Strauss Hauer & Feld LLP

Address: Robert S. Strauss Tower, 2001 K Street NW, Washington, DC 20006

Telephone: 202-887-4000 _____  Fax: 202-887-4288

E-mail: jtysse@akingump.com

**Appearance for:** Akin Gump Strauss Hauer & Feld LLP, Respondent-Appellant
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Anne M. Evans, Akin Gump Strauss Hauer & Feld LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on November 29, 2021 _____  OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ James E. Tysse

Type or Print Name: James E. Tysse