## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: SBK ART LLC _____ Docket No.: 25-1563

Lead Counsel of Record (name/firm) or Pro se Party (name): James E. Tysse, Akin Gump Strauss Hauer & Feld LLP

Appearance for (party/designation): Akin Gump Strauss Hauer & Feld LLP, Respondent-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
(  ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
(  ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties: _____
(  ) Incorrect.    Please change the following parties' designations:
        Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
(  ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
(  ) This case has been before this Court previously.    The short title, docket number, and citation are: N/A

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: N/A

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on November 29, 2021 _____ OR that (  ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ James E. Tysse
Type or Print Name: James E. Tysse
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.